UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0502 RMW |
| Plaintiff, | |
| vs. | STIPULATION AND [] |
| | ORDER TO CONTINUE STATUS |
| | CONFERENCE |
| ULYSSES VASQUEZ, | |
| Defendant. | |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Stephen Myer, and defendant Ulysses Vasquez, by and through Attorney Jay Rorty, hereby stipulate that, with the Court's approval, the status conference hearing currently set for, March 10, 2014, at 9:00 a.m. is vacated and a status conference shall be held April 14, 2014 at 9:00 a.m.

The parties further stipulate that time between March 10, 2013 and April 14, 2014 is excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h), based on the need for effective preparation of defense counsel.

.

Dated:_____                    _____/s/_____
                                          STEPHEN MYER
                                          Assistant United States Attorney


Dated:_____                    _____/s/_____
                                          JAY RORTY
                                          Attorney for Defendant

1

**[] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the present status conference hearing date of March 10, 2014 be vacated and a new status conference calendared for April 14 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period October 28, 2013 through and including November 4, 2013, from the computation of the period of time by which trial must commence. The court FINDS that the interests of justice served by the delay outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

2